UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ZAINAB ABDUL-RAHMAN
    Plaintiff,

v.                                              CASE NO.: 1:18-cv-4115

ARSTRAT, LLC
John Does 1-25
    Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiff and Defendant Arstrat, LLC. in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed as to Bank of America, N.A., with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** January 7, 2019

| For Plaintiff Zainab Abdul-Rahman | For Defendant Arstrat, LLC |
|---|---|
| /s/ Daniel Kohn<br>Daniel Kohn, Esq.<br>Stein Saks, PLLC<br>285 Passaic Street<br>Hackensack, NJ 07601<br>201-282-6500<br>dkohn@steinsakslegal.com | /s/ Matthew B Corwin<br>Matthew B. Corwin<br>Hinshaw & Culbertson, LLP<br>800 Third Ave 13th Floor<br>New York, NY 10022<br>212-471-6200<br>Mcorwin@hinshawlaw.com |

**So Ordered:** /s/ USDJ KIYO A. MATSUMOTO
Kiyo A. Matsumoto
U.S. District Judge